DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY SPIKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-546

[August 1, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 2016CF001144.

Jimmy Spikes, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CIKLIN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***